# United States District Court

## Middle District of Florida
### United States Courthouse
### 300 North Hogan Street, Suite 11-150
### Jacksonville, Florida 32202

FINANCIAL DISCLOSURE OFFICE

RECEIVED
AUG 10 10 50 AM '04

Chambers of
Harvey E. Schlesinger
United States District Judge

(904) 549-1990

August 4, 2004

The Honorable Mary M. Lisi
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

In response to your letter of July 28, 2004, this letter will update my financial report of May 12, 2004.

In Part VII, page 1, line 1, the Money Mart assets is the same Prudential fund as listed in line 4 of my 2002 report.

In Part VII, page 1, line 1 and page 2, line 1, there was no income for U.S. savings bonds or Sodexho, Inc..

In Part VII, page 1, line 8, 9 and 11, the swap of those stocks was caused by the sale of Prudential Securities to Wachovia and all of Prudential's funds being changed to those funds used by Wachovia. There was no gain, no loss, no charge and no taxes. As far as I'm concerned, there was no sale or purchase or anything under my control, so I do not need to fill out column D. I did not do the swap. They did.





# United States District Court

## Middle District of Florida
### United States Courthouse
### 300 North Hogan Street, Suite 11-150
### Jacksonville, Florida 32202

Chambers of
**Harvey E. Schlesinger**
United States District Judge

(904) 549-1990

September 14, 2004

RECEIVED
2004 SEP 21 A 11: 35
FINANCIAL DISCLOSURE OFFICE

The Honorable Mary M. Lisi
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

In response to your letter of September 3, 2004 regarding my report of 2003, I regret that I overlooked the first paragraph on page 2 of your July 28, 2004 letter. Column D(3) on pages 1 and 2 of Part VII, lines 14, 16, and 17 should all reflect a value code of J.

Sincerely,



AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schlesinger, Harvey E | Middle District of Florida | 5.12.04 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | __ Nomination, Date_____ <br> __ Initial ✓ Annual __ Final | 1.1.2003 to 12.31.03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 11-150 U.S. Courthouse <br> 300 N. Hogan St <br> Jacksonville, FL 32202-4246 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY | |
|---|---|---|
| ☐ NONE (No reportable positions.) | | |
| 1. Trustee | River Garden Hebrew Home for the Aged | all canon 5 |
| 2. Trustee | River Garden Holding Co | charitable organizat |
| 3. Trustee | The Community Foundation | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1. | | |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Schlesinger, Harvey E | 5.12.04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children.  See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | ☒ NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☒ NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☒ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

( 7)

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 U.S Savings Bonds | | | | | Sell | 2.11 | J | A | redemption |
| 2 CSX (stock) | A | Div | J | T | | | | | |
| 3 Morgan Chase (stock) | A | Div | J | T | | | | | |
| 4 Money Mart Assets | B | Div | L | T | | | | | |
| 5 Jax US Fed CU (accounts) | B | Int | L | T | | | | | |
| 6 SouthTrust (accounts) | B | Int | K | T | | | | | |
| 7 ¼ interest in building Westbury, NY | E | rent | N | W | | | | | |
| 8 Jennison-Util Fund (stock | B | Div | K | T | Swapped for | | Prudential | | Utility Fund |
| 9 Eaton Vance Fla Mun (stock) | C | Div | K | T | Swapped | for | Eaton Vance | | Fla Tax Free |
| 10 Van Kampen Equity (stock) | A | Div | J | T | | | | | |
| 11 Jennison Value Fund (stock) | B | Div | K | T | Swapped | for | Prudential | | Value Fund |
| 12 Harley Davidson (stock) | A | Div | J | T | | | | | |
| 13 Home Depot (stock) | A | Div | J | T | | | | | |
| 14 Vodaphone (stock | A | Div | J | T | buy | 1.18 | | | public |
| 15 Walt Disney Holding (stock) | A | Div | J | T | | | | | |
| 16 Intel (stock) | A | Div | J | T | | | | | |
| 17 Marriott Int'l (stock) | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey | 5·12·04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1 So. Dexho Inc (Stock) | | | | | Sell | 1.17 | J | O | public |
| 2 St Joe Corp (stock) | A | Div | J | T | | | | | |
| 3 Nuvein Mun Fund (Stock | B | Div | K | T | | | | | |
| 4 Cytogen Corp (stock) | A | Div | J | T | | | | | |
| 5 GE (Stock) | A | Div | J | T | | | | | |
| 6 Florida East Coast (stock | A | Div | J | T | | | | | |
| 7 Ford Motor Co (Bond) | B | Int | J | T | | | | | |
| 8 Cisco System (Stock) | A | Div | J | T | | | | | |
| 9 Prudential Financial (stock) | A | Div | J | T | | | | | |
| 10 Tampa Fla Waste (Bond) | A | Int | J | T | | | | | |
| 11 Harvard University (Bond) | B | Int | K | T | | | | | |
| 12 Florid Tel Co (accounts) | A | Int | J | T | | | | | |
| 13 Broward County Airport (Bond) | B | Int | K | T | | | | | |
| 14 Duke Energy (Bond) | | | | | Sell | 3·12 | K | A | public |
| 15 Immigrant Savings (account) | A | Int | J | T | inherited | 12.24 | and closed same day | | |
| 16 Beal Saving Bank (CD | A | Int | J | T | buy | 1/14 | | | public |
| 17 Freemont S&L (CD) | A | Int | J | T | buy | 11·15 | | | public |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance ~~...~~, 5 U.S.C. § 7353 and Judicial Conference regulations.

Signa ███████████                    Date  5.12.04

NOT ███ ...LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUE ███ .S.C. App., § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544